UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

DONALD DOORNBOS, *et al.* and all others similarly situated,

    *Plaintiffs*,

v.

PILOT TRAVEL CENTERS, LLC, a foreign corporation, *et al.*,

    *Defendants*.

Case No. 3:05-cv-428
Judge Mattice

## ORDER

Before the Court is Defendant Pilot Travel Center's Motion to Compel 28 Opt-In Plaintiffs' Depositions or Dismiss Them from this Action [Court Doc. 96]. On September 17, 2008, United States Magistrate Judge William B. Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. No. 103.] Neither party filed objections within the given 10 days. After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Magistrate Judge Carter recommended that certain Plaintiffs be dismissed from this action immediately and that others be dismissed if they did not submit for a deposition by September 30, 2008. (Court Doc. 103 at 5-6.) The parties have since informed the Court that two of the Plaintiffs that were subject to dismissal, namely Sherry Bishop and Angela Howell, were deposed by the September 30 deadline. Defendants withdrew their request

to have Sherry Bishop and Angela Howell dismissed from this action.

Accordingly, Defendants' Motion to Compel 28 Opt-In Plaintiffs' Depositions or Dismiss Them from this Action [Court Doc. 96] is **GRANTED** as to the remaining 26 subject Plaintiffs. Plaintiffs Brian Caldrone, Anna Bender, Christy Back, Richard Knesbeck, Kevin Macolley, Ronald Wilkins, Alberta Ruddick, John Wiseman, Jay Cooley, Tanya Williams, Jacklyn Karst, Elizabeth Bland, Leighton Francis, Rayford Hull, Dawn Johnston, Linda Macon, Marty Mason, John Jones, Robin Ray, Judith Velez, Kenneth Smith, Melissa Thompson, Lisa Rickard, David Loudenslager II, Kimberly Reno, and Valerie Pritchett are **DISMISSED** from this action.

SO ORDERED this 27th day of October, 2008.

                                        */s/Harry S. Mattice, Jr.*
                                        HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE